UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

OFF-WHITE LLC,

              Plaintiff,

  -against-

^_^ WARM HOUSE ^_^ STORE, et al.,

              Defendants.

------------------------------------x

UNSEALING ORDER

17-CV-8872 (GBD)

GEORGE B. DANIELS, United States District Judge:

This case is hereby unsealed.

Dated: New York, New York
       November 29, 2017

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge