# 17 CV 8872

|  |  |
|---|---|
| OFF-WHITE LLC          Plaintiff, | Case No. _____ |
| -v- | **Rule 7.1 Statement** |
| ^__^WARM HOUSE^__^ STORE, et al.     Defendant. |  |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Off-White LLC      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

**Date:** November 13, 2017

**Signature of Attorney**

**Attorney Bar Code:** MB 5595

Form Rule7_1.pdf SDNY Web 10/2007