Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Spencer Wolgang (SW 2389)
swolgang@ipcounselors.com
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br>*Plaintiff*<br><br>v.<br><br>^__^WARM HOUSE^__^ STORE, APPAREL_JSG, BAJIN WEBBING EXPERT ONLINE STORE, BAPESUP, BEIMU, BJZHDMY, BLUEBERRY12 a/k/a YABSERA, BOOST550, CHEN6, CINDA01, QUI SHI CO., LTD. d/b/a COOOLMAN, SUPREM, DELIRE, QINGDAO BLACK PEARL INTERNATIONAL TRADE COMPANY d/b/a DIANA110923, DKN STORE, DONGGUAN CITY HOTSELL GARMENT CO., LTD., DONGGUAN CITY, HUI LIN APPAREL CO., LTD., DONGGUAN CITY HUMEN HONGSHA GARMENT FACTORY, IHONSA FASHION(HK) CO.,LTD.(FACTORY, DONGGUAN KAFANY APPAREL CO., LTD., DONGGUAN MANXUN CLOTHING CORPORATION LTD., DONGGUAN TOMORROW FASHION CO., LIMITED, DONGGUAN XINYU APPAREL CO., LTD, DQCLOTHES, MAMMOTH a/k/a EASTPAK, ESLITE HYUN 007 STORE, FANCY199510, FASHIONCASUAL, SHOP | **CIVIL ACTION No.**<br>**17-cv-8872 (GBD)** |

SHOP2836075 STORE F/K/A FLOERSA
OFFICIAL STORE,
GUANGZHOUTRADECOMPANY D/B/A
FOOTBALLSHIRT, FULLSCORE,
GANGCHEN168, GOODLUCKOK2018,
GUANGZHOU SEABOOK GIFTS &
STATIONERY LTD, HDQUPING, HEWEI
E68 STORE, HLQ1025, HOGNYENI,
HOS666 STORE, HSTBAG, HU2861364198,
HUIHUI111, JANE0509, JESSIE_XING,
JIUYANG168, JUTIE, FASHION HIP HOP
CLOTHING CO., LTD. D/B/A
LANTIANBAIYUN1979WEN,
LEONSUN5238, LGQ369396198,
LIMERENCE77, LIZHUN TRADING CO.,
LTD STORE, LYNE_STORE, MAXCAN
STORE, MEGAGOODS, MICKY MOUSE
ACCESSORY HOUSE STORE,
NANCHANG GUANQIU CLOTHING CO.,
LTD., NANCHANG HOLLYWIN,
CLOTHING CO., LTD., NANCHANG
KINGSHINE GARMENT LIMITED,
NANJING KUAIYUE COMMERCIAL CO.,
LTD., OLDRIVER, PARADISE12, RTATD
STORE, SELLWELL10086, SEX-LADY
/FASHION ITEM AND PATRY ITEM
WHOLESALE, SHANGHAI YOU HAO
INDUSTRIAL CO., LTD / YOUHAO
KAIDE TEXTILE(KUNSHAN) CO., LTD.,
SHENZHEN JUNHO HEADWEAR &
APPAREL CO., LTD., SHISHI TIANHE
GARMENTS CO., LTD., SHOE80000,
SHOES_KITS, SHOP2809091 STORE,
SHOPHAIR, SINGLEDOGS, SKY1995,
SPORTSTUDIO SPRING10010,
STARSMOON STORE, STERBAKOV 1991
STORE, TRENDYSELLER STORE,
TRIASIADEE OFFICIAL STORE, VIIII
COLORS STORE, WANGCHUNLING2,
WHOLESALE_JERSEYS,
WOMENAPPAREL, WULONGCUN,
WZYAA, XIAMEN BELBELLO STORE,
XINGSHENG169, XQ7700 STORE,
YEJUHUA, YIWU CASTRO BAG CO.,
LTD., YIWU HODEANG E-COMMERCE
CO., LTD., YIWU SUNSHINE TRADE CO.,
LTD., YIWU ZHANNA TRADING CO.,

LTD., YUKSYNE BAG STORE, ZHEJIANG
WORLD COMMERCE AND MANAGES
DEVELOPMENT CO., LTD.,
ZHOURUNDI520,
*Defendants*

## CERTIFICATE OF SERVICE

I, Spencer Wolgang, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an associate attorney with the law firm Epstein Drangel LLP, a limited liability partnership located at 60 East 42nd Street, Suite 2520, New York, New York 10165. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

3. I am an attorney for Off-White LLC ("Off-White" or "Plaintiff"), in the above-captioned case.

4. On November 14, 2017, Off-White filed this action and moved *ex parte* against Defendants ^__^Warm House^__^ Store, Apparel_jsg, Bajin Webbing Expert online Store, bapesup, Beimu, bjzhdmy, Blueberry12 a/k/a Yabsera, Boost550, Chen6, Cinda01, Qui Shi Co., Ltd. d/b/a cooolman, Suprem, delire, Qingdao Black Pearl International Trade Company d/b/a Diana110923, DKN Store, Dongguan City HotSell Garment Co., Ltd, Dongguan City Hui Lin Apparel Co., Ltd., Dongguan City Humen Hongsha Garment Factory, Dongguan Kafany Apparel Co., Ltd., Dongguan Manxun Clothing Corporation Ltd., Dongguan Tomorrow Fashion Co., Limited, Dongguan

Xinyu Apparel Co., Ltd, Dqclothes, Mammoth a/k/a Eastpak, ESLITE HYUN 007 Store, Fancy199510, fashioncasual, Shop Shop2836075 Store f/k/a FLOERSA Official Store, GuangZhoutradecompany d/b/a footballshirt, fullscore, gangchen168, goodluckok2018, Guangzhou Seabook Gifts & Stationery Ltd, hdquping, HEWEI E68 Store, hlq1025, hognyeni, HOS666 Store, Hstbag, Hu2861364198, huihui111, Jane0509, jessie_xing, jiuyang168, Jutie, lantianbaiyun1979wen, Leonsun5238, Lgq369396198, limerence77, Lizhun Trading CO.,LTD Store, Lyne_store, Maxcan Store, megagoods, MICKY MOUSE ACCESSORY HOUSE Store, Nanchang Guanqiu Clothing Co., Ltd., Nanchang Hollywin Clothing Co., Ltd., Nanchang Kingshine Garment Limited, Nanjing KuaiYue Commercial Co., Ltd., oldriver, Paradise12, RTATD Store, sellwell10086, Fashion Item And Patry Item Wholesale, Shanghai You Hao Industrial Co., Ltd., Shenzhen Junho Headwear & Apparel Co., Ltd., Shishi Tianhe Garments Co., Ltd., shoe80000, Shoes_kits, Shop2809091 Store, shophair, Singledogs, Hong Kong Overseas International E-commerce Co., Ltd. d/b/a Sky1995, Sportstudio, spring10010, STARSMOON Store, sterbakov 1991 Store, Trendyseller Store, TRIASIADEE Official Store, Viiii Colors Store, wangchunling2, wholesale_jerseys, womenapparel, Wulongcun, Wzyaa, Xiamen Belbello Store, xingsheng169, XQ7700 Store, yejuhua, Yiwu Castro Bag Co., Ltd., Yiwu Hodeang E-Commerce Co., Ltd., Yiwu Sunshine Trade Co., Ltd., Yiwu Zhanna Trading Co., Ltd., Yuksyne Bag Store, Zhejiang World Commerce And Manages Development Co., Ltd. and zhourundi520 (collectively, "Defendants") for an order to seal file, a temporary restraining order, an order to show cause why a preliminary injunction should not issue, an asset restraining order, an order authorizing alternative service by electronic mail and an order authorizing expedited discovery (the "Application").

4

5. The Court ordered Off-White's Application on November 15, 2017 (the "11/15/17 Order").

6. Pursuant to the 11/15/17 Order, the Court issued a summons in the name of "^__^Warm House^__^ Store and all other Defendants identified in the Complaint" that applies to all Defendants ("Summons").

7. In the 11/15/17 Order, the Court granted Off-White's request for an order authorizing alternative service by electronic means, specifically ordering that service shall be made on Defendants and deemed effective as to all Defendants if it is completed by the following means: (1) delivery of PDF copies or a link to a secure website where each Defendant will be able to download PDF copies of the 11/15/17 Order together with the Summons and Complaint, and all papers filed in support of Off-White's Application seeking the 11/15/17 Order to Defendants' e-mail addresses, as identified in Schedule A to the 11/15/17 Order or may otherwise be determined; or (2) delivery of a message to Defendants through the same means that Off-White's agents have previously communicated with Defendants, namely the system for communications established by the Third Party Service Providers on their respective platforms (*i.e.*, Alibaba.com, AliExpress.com and DHgate.com), notifying Defendants that an action has been filed against them in this Court and providing a link to a secure website where each Defendant will be able to download PDF copies of the 11/15/17 Order together with the Summons and Complaint, and all papers filed in support of Off-White's Application seeking the 11/15/17 Order.

8. On November 21, 2017, pursuant to the 11/15/17 Order, we sent copies of the 11/15/17 Order together with the Summons and the Complaint and all papers filed in support of Off-White's Application seeking the 11/15/17 Order by email using RPost's registered

email system to each and every Defendant.

9.  Also on November 21, 2017, pursuant to the 11/15/17 Order, we sent copies of the 11/15/17 Order together with the Summons and the Complaint and all papers filed in support of Off-White's Application seeking the 11/15/17 Order by messaging through the system for communications established by the Third Party Service Providers on their respective platforms (*i.e.*, Alibaba.com, AliExpress.com and DHgate.com) to all Defendants, except for the following: Boost550, Fancy199510, hlq1025, Leonsun5238, Shop2809091 Store, Wzyaa and Xiamen Belbello Store.

10. On November 22, 2017, pursuant to the 11/15/17 Order, Defendant Leonsun5238 was sent copies of the 11/15/17 Order together with the Summons and the Complaint and all papers filed in support of Off-White's Application seeking the 11/15/17 Order by messaging through the system for communications established by the Third Party Service Providers on their respective platforms (*i.e.*, Alibaba.com, AliExpress.com and DHgate.com), in addition to having already been sent copies of the 11/15/17 Order together with the Summons and the Complaint and all papers filed in support of Off-White's Application seeking the 11/15/17 Order by email using RPost's registered email system on November 21, 2017. *See,* ¶ 9.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: November 30, 2017          By: _Spencer Wolgang_____
New York, New York                    Spencer Wolgang (SW 2389)
                                      swolgang@ipcounselors.com
                                      EPSTEIN DRANGEL LLP
                                      60 East 42nd Street, Suite 2520

New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*