

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

December 19, 2018

**VIA ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 11A
500 Pearl Street
New York, NY 10007

      **Re:**    *Off-White LLC v. ^_^ Warm House ^_^ Store, et al.*
             **Civil Case No. 17-cv-8872 (GBD)**
             <u>**Motion for Attorney Spencer J. Wolgang to Withdraw as Counsel**</u>

Dear Judge Daniels,

      Pursuant to Local Rule 1.4, I respectfully move to withdraw as counsel of record for Plaintiff in the above-referenced action. I am leaving my current firm to move into an in-house position. Therefore, I respectfully submit that given that there will be no change in the firm or lead counsel representing Plaintiff, my withdrawal as counsel will not negatively impact Plaintiff or the administration of justice in this matter. Additionally, my client in this matter is aware of my removal and consents to this Motion.

      I thank the Court for its time and attention to this Motion.

                              Respectfully submitted,

                              **EPSTEIN DRANGEL LLP**

                              BY: <u>/s/ Spencer Wolgang</u>
                              Spencer Wolgang (SW 2389)
                              swolgang@ipcounselors.com
                              60 East 42nd Street, Suite 2520
                              New York, NY 10165
                              Telephone: (212) 292-5390
                              Facsimile: (212) 292-5391
                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19th, 2018, a true and correct copy of Plaintiff's attorney Spencer J. Wolgang's Motion for Withdrawal as Counsel was filed on ECF and served upon all Parties.

New York, New York                        By:     /s/ Spencer Wolgang
                                                              Spencer Wolgang (SW 2389)
                                                              swolgang@ipcounselors.com